# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                    Case No. **6:08-cr-185-Orl-18DAB**

**JORGE DAVID LOPEZ-
ENCARNACION**

_____

## ORDER AND NOTICE
## OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 13),

entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing

pursuant to Local Rule 6.01(c)(16) on June 23, 2009.

After an independent *de novo* review of the record in this matter, and noting that no

objections were filed, the Court agrees entirely with the findings of fact and conclusions of law

in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation entered June 23, 2009 (Doc. No. 13) is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Defendant shall personally appear before this court on **WEDNESDAY, July 22,**

**2009, at 9:00 A.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W.

Central Boulevard, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why

probation should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 14, 2009.

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Jorge David Lopez-Encarnacion

ANNE C. CONWAY
United States District Judge